JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ed Hull, | Case No.: 2:20-cv-07911-JFW(GJSx) |
|        Plaintiff, | *Hon. John F. Walter.* |
|    v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Bhullar Properties, LLC, a California Limited Liability Company; and Does 1-10, | |
|        Defendants. | Action Filed:  August 28, 2020<br>Trial Date:      Not on Calendar |

///
///
///
///
///
///
///
///
///
///

1

ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to <u>Fed. R. Civ. P. 41</u>, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's ("Plaintiff") action against Defendant Bhullar Properties, LLC ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: ___October 16, 2020___ _____

Hon. John F. Walter
United States District Judge
Central District of California

ORDER FOR DISMISSAL WITH PREJUDICE